UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| WILLIAM L. RESPESS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 6:24-cv-00028-NKM |
| ) | |
| VMI ALUMNI ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

COMES NOW, W. David Paxton, of the law firm Gentry Locke Rakes & Moore, LLP ("Gentry Locke"), and notes his appearance as counsel in this matter on behalf of the named Defendant, VMI Alumni Association.

The undersigned respectfully requests that the Court, and all parties hereto, take note of this appearance on behalf of Defendant.

Respectfully submitted,

VMI ALUMNI ASSOCIATION

/s/ *W. David Paxton*
W. David Paxton (VSB No. 19798)
Michael J. Finney (VSB No. 78484)
William L. Spotswood (VSB No. 97239)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
P.O. Box 40013
Roanoke, Virginia 24022-0013
(540) 983-9300
FAX: (540) 983-9400
paxton@gentrylocke.com
finney@gentrylocke.com
spotswood@gentrylocke.com

*Counsel for VMI Alumni Association*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will send notice of all counsel of record.

/s/ W. David Paxton
*Counsel for VMI Alumni Association*

19505\0006\11942358v1