CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
6/25/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Lynchburg Division

| | |
|---|---|
| WILLIAM L. RESPESS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 6:24-cv-00028-NKM |
| VMI ALUMNI ASSOCIATION, | ) |
| Defendant. | ) |

## ORDER

This matter came before the Court on Defendant VMI Alumni Association's ("VMIAA") Unopposed Motion for an Extension of Time to Respond to the Amended Complaint. For good cause shown and on the consent of the parties, VMIAA's Motion is **GRANTED**. It is hereby **ORDERED** that VMIAA's deadline to respond to the Amended Complaint is extended to July 23, 2024.

ENTERED this 25th day of June, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE