# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Lynchburg Division

| | |
|---|---|
| WILLIAM L. RESPESS, *et al.*, )<br> )<br>   Plaintiffs, )<br> )<br>v. )<br> )<br>VMI ALUMNI ASSOCIATION, )<br> )<br>   Defendant. )<br> ) | Case No. 6:24-cv-00028-NKM |

## ORDER

This matter came before the Court on Defendant VMI Alumni Association's ("VMIAA") Unopposed Motion for Leave to File Brief in Excess of 25 Pages.  For good cause shown, VMIAA's Motion is **GRANTED**.  It is hereby **ORDERED** that VMIAA may file up to a 50-page brief in support to its forthcoming motion to dismiss.

ENTERED  this _____ day of _____, 2024.

_____
Hon. Norman K. Moon
United States District Judge

19505\0006\11988024v1