CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/18/2024

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| WILLIAM L. RESPESS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 6:24-cv-00028-NKM |
| VMI ALUMNI ASSOCIATION, | ) |
| Defendant. | ) |

## ORDER

This matter came before the Court on Defendant VMI Alumni Association's ("VMIAA") Unopposed Motion for Leave to File Brief in Excess of 25 Pages. For good cause shown, VMIAA's Motion is **GRANTED**. It is hereby **ORDERED** that VMIAA may file up to a 50-page brief in support to its forthcoming motion to dismiss.

ENTERED this 18th day of July, 2024.

Hon. Norman K. Moon
United States District Judge