CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

8/8/2024

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| **WILLIAM L. RESPESS,** *et al.*, | § |
| | § |
| Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| **VMI ALUMNI ASSOCIATION,** | § |
| | § |
| | § |
| Defendant. | § |

**Civil Action No.: 6:24-cv-0028-NKM**

## ORDER

This matter comes before the Court on Plaintiffs' Consent Motion for Extension of Time to Respond to Motion to Dismiss filed herein by the Defendant, VMI Alumni Association ("VMIAA"). Upon consideration of the Motion, for good cause shown, and on consent of the parties, the Court GRANTS the Motion.  The Plaintiffs shall respond to the Motion to Dismiss filed herein by the Defendant, VMIAA, by August 27, 2024.

It is SO ORDERED.

ENTERED this 8th day of August, 2024.

Hon. C. Kailani Memmer
United States Magistrate Judge