**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

| | |
|---|---|
| WILLIAM L. RESPESS, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | Case No. 6:24-cv-00028-NKM-CKM |
| ) | |
| VMI ALUMNI ASSOCIATION,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## **ORDER**

This matter came before the Court on Defendant VMI Alumni Association's ("VMIAA") Motion for an Extension of Time to File Reply Memorandum in Support of Motion to Dismiss. For good cause shown, VMIAA's Motion is **GRANTED**. It is hereby **ORDERED** that VMIAA's deadline to file a Reply Memorandum in Support of its Motion to Dismiss is extended to September 11, 2024.

ENTERED this ____ day of _____, 2024.

_____
Hon. C. Kailani Memmer
United States Magistrate Judge