# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**William L. Respess, et al.**

vs.

**VMI Alumni Association**

Action No:   6:24CV00028
Date:   October 2, 2024
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorneys
Paul M. Curley

Defendant Attorneys
Michael J. Finney
W. David Paxton
William L. Spotswood

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:

Parties present by Zoom video-conference for a hearing on ECF No. 15 – Motion to Dismiss for Failure to State a Claim filed by Defendant.

Arguments heard.   Order forthcoming.

Time in Court:   2:07 – 4:03 p.m.   (1 hour, 56 minutes)