CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

3/31/2025

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| WILLIAM L. RESPESS, *et al.*,<br><br>                  *Plaintiffs*,<br><br>v.<br><br>VMI ALUMNI ASSOCIATION,<br><br>                  *Defendant*. | CASE NO. 6:24-cv-00028<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

Pursuant to a Memorandum Opinion issued this day, VMIAA's motion to dismiss the Amended Complaint, Dkt. 15, is **GRANTED** as to Counts 1 and 2. The Court declines to exercise its supplemental jurisdiction over the remaining state law claims (Counts 3 and 4) pursuant to 28 U.S.C. § 1367(c)(3). Accordingly, the Amended Complaint is dismissed in its entirety *with prejudice*.

IT IS **SO ORDERED**.

Entered this 31st day of March, 2025.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE